LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
ANASTASIA BONDERCHUK (SBN 309091)
abonderchuk@publiclawgroup.com
RENNE PUBLIC LAW GROUP®
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 848-7200
Facsimile:   (415) 848-7230

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA LITVINOVA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No. 3:18-CV-01494-RS<br><br>**STIPULATION REGARDING CASE SCHEDULING AND FILING OF CROSS MOTIONS FOR SUMMARY JUDGMENT; ORDER** AS MODIFIED BY THE COURT<br><br>Complaint Filed:   March 8, 2018<br>Trial Date:             TBD |

Pursuant to this Court's direction at the November 18, 2021 Case Management Conference, Defendant City and County of San Francisco (the "City") and Plaintiffs Tatyana Litvinova, et al. hereby submit the below stipulation and proposed order regarding case scheduling and filing of cross-motions for summary judgment. The City and plaintiffs in the related case of *Kristen Silloway, et al. v. City and County of San Francisco.*, N.D. Cal. Case No. 3:20-cv-07400-RS are concurrently filing an identical stipulation and proposed order in that case.

The parties agree that all motions for summary judgment will be filed in accordance with a cross-motion briefing schedule, defined below, so Defendant may file a single motion seeking summary judgment in both cases.  If Plaintiffs in this case and/or *Silloway* move for summary judgment, Defendant should be permitted to file a consolidated opposition to those motions. Any brief or memorandum of

points and authorities filed by the *Litvinova* plaintiffs in support, opposition, or reply to a motion shall be subject to the page limitations of this Court's Local Rules (25 pages for motions and opposition briefs and 15 pages for reply briefs) unless the parties make a timely request in order to increase the page limitation. Defendant City shall have an increased page limitation due to the fact Defendant will be filing consolidated briefs addressing two cases. Defendant's page limitations for summary judgment briefing shall be 40 pages for motions and opposition briefs and 25 pages for any reply brief, unless the parties make a timely request in order to increase the page limitation.

Additionally, pursuant to the Court's direction to extend all court deadlines by 90 days, the parties submit the below case schedule for approval by the Court. The Court will not approve any further extensions of the non-expert discovery deadlines. Starting with the close of discovery, the case schedule will be as follows:

| Date | Event |
|---|---|
| Feb. 18, 2022 | Close of non-expert discovery |
| Mar. 18, 2022 | Deadline to designate expert witnesses, FRCP 26(a)(2) |
| Apr. 15, 2022 | Deadline to designate supplemental and rebuttal experts, FRCP 26(a)(2) |
| May 6, 2022 | Deadline to complete expert discovery, FRCP 26(b)(4) |
| May 26, 2022 | Motions for summary judgment due |
| June 16, 2022 | Summary judgment opposition briefs due |
| June 30, 2022 | Summary judgment reply briefs due |
| July 14, 2022 | Hearing on motions for summary judgment due |
| July 14, 2022 | Deadline to hear all pretrial motions |
| Aug. 31, 2022 | Final Pretrial Conference |
| Sep. 13, 2022 | Trial |

The Parties respectfully request that the Court approve the Parties' above stipulation regarding case scheduling and filing of cross-motions for summary judgment.

| | |
|---|---|
| Dated:  December 17, 2021 | RENNE PUBLIC LAW GROUP® |
| | By: _/s/Spencer J. Wilson_<br>      Spencer J. Wilson |
| | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |
| Dated:  December 17, 2021 | PROMETHEUS PARTNERS |
| | By: _/s/Eduardo G. Roy_<br>      Eduardo G. Roy |
| | Attorneys for Plaintiffs<br>TATYANA LITVINOVA, et al. |

### ORDER

PURSUANT TO STIPULATION AND THIS COURT'S PRIOR DIRECTION, IT IS SO ORDERED.

Dated:  December 17, 2021

_____
RICHARD SEEBORG
Chief United States District Judge