UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA LITVINOVA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | No. 18-cv-1494-RS |
| KRISTEN SILLOWAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | No. 20-cv-7400-RS<br><br>**JUDGMENT** |

　　On July 15, 2022, the Court granted Defendant's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the files in these matters.

**IT IS SO ORDERED.**

Dated:  July 15, 2022

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE