CAITLIN E. GRAY, Bar No. 305118
MAXIMILLIAN D. CASILLAS, Bar No. 311669
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Boulevard, Suite 1020
Los Angeles, California 90017
Telephone  (213) 380-2344
Fax  (213) 443-5098
E-Mail:  courtnotices@unioncounsel.net
         cgray@unioncounsel.net
         mcasillas@unioncounsel.net

KERIANNE R. STEELE, Bar No. 250897
WINNIE VIEN, Bar No. 347796
MIRANDA MAMMEN, Bar No. 329618
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         ksteele@unioncounsel.net
         wvien@unioncounsel.net
         mmammen@unioncounsel.net

Attorneys for *Silloway* Plaintiffs KRISTEN SILLOWAY,
CHRISTA DURAN, and BRIGITTA VAN EWIJK

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA LITVINOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:18-CV-01494-RS<br><br>[ASSIGNED FOR ALL PURPOSES TO CHIEF JUDGE RICHARD SEEBORG]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AS MODIFIED TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Dept.: 3, 17th Floor<br>Judge: Honorable Richard Seeborg<br><br>Complaint Filed:   March 8, 2018<br>Trial Date:        March 30, 2026 |

| | |
|---|---|
| KRISTEN SILLOWAY, CHRISTA DURAN, BRIGITTA VAN EWIJK, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:20-CV-07400-RS<br><br><br><br><br><br>Complaint Filed:   October 23, 2020<br>Trial Date:           March 30, 2026 |

*Additional Counsel:*

EDUARDO G. ROY, Bar No. 146316
PROMETHEUS PARTNERS L.L.P.
1950 Broadway, Suite 3011
Oakland, CA  94612
Telephone: (415) 527-0255
E-Mail: Eduardo.roy@prometheus-law.com

Attorneys for *Litvinova* Plaintiffs


ARTHUR A. HARTINGER, Bar No. 121521
ahartinger@publiclawgroup.com
LINDA M. ROSS, Bar No. 133874
lross@publiclawgroup.com
GEOFFREY SPELLBERG, Bar No. 121079
gspellberg@publiclawgroup.com
SPENCER J. WILSON, Bar No. 266938
swilson@publiclawgroup.com
IMRAN DAR, Bar No. 326502
idar@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Fax: (415) 848-7230

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No. 3:20-CV-07400-RS

1. The Court has set a settlement conference for December 3, 2025 for all parties, including those in the *Litvinova* case.

2. The parties have met and conferred with Honorable Magistrate Judge Cisneros' courtroom and wish to stipulate to continue the settlement conference until **January 16, 2026**.

3. The requested continuance would allow for a more fruitful settlement conference that would occur after the hearing on the parties' motions for summary judgment. It would not affect the case schedule.

Accordingly, *Litvinova* Plaintiffs, *Silloway* Plaintiffs, and the City so stipulate and respectfully request the Court order the requested time modification.

Dated: November 17, 2025         WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

                                         */s/ Maximilian D. Casillas*
                             By: CAITLIN E. GRAY
                                 MAXIMILLIAN D. CASILLAS
                                 KERIANNE R. STEELE
                                 WINNIE VIEN
                                 MIRANDA MAMMEN

                                 Attorneys for *Silloway* Plaintiffs KRISTEN
                                 SILLOWAY, CHRISTA DURAN, and BRIGITTA
                                 VAN EWIJK

Dated: November 17, 2025         PROMETHEUS PARTNERS L.L.P.

                                         */s/ Eduardo G. Roy*
                             By: EDUARDO G. ROY

                                 Attorneys for Litvinova Plaintiffs TATYANA
                                 LITVINOVA, et al.

Dated: November 17, 2025         RENNE PUBLIC LAW GROUP

                                         */s/ Linda M. Ross*
                             By: ARTHUR A. HARTINGER
                                 LINDA M. ROSS
                                 GEOFFREY SPELLBERG
                                 SPENCER J. WILSON
                                 IMRAN DAR
                                 Attorneys for Defendant
                                 CITY AND COUNTY OF SAN FRANCISCO

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
Case No. 3:20-CV-07400-RS

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 17, 2025

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  */s/ Maximilian D. Casillas*
CAITLIN E. GRAY
MAXIMILLIAN D. CASILLAS
KERIANNE R. STEELE
WINNIE VIEN
MIRANDA MAMMEN

Attorneys for *Silloway* Plaintiffs KRISTEN SILLOWAY, CHRISTA DURAN, and BRIGITTA VAN EWIJK

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES
Case No. 3:20-CV-07400-RS

**ORDER**

Based on the stipulation of the parties to both *Litvinova* and *Silloway*, the settlement conference in both matters is continued to January 16, 2026. In addition, counsel for the parties in *Litvinova* and *Silloway* shall appear for a telephonic status conference regarding the settlement conference on December 18, 2025 at 9:30 am.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 17, 2025

_____
HONORABLE LISA J. CISNEROS
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3
JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES
Case No. 3:20-CV-07400-RS