UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA LITVINOVA,<br><br>   Plaintiff,<br><br>   v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No. 18-cv-01494-RS<br><br>**JUDGMENT** |

On November 17, 2025, the Court granted Defendant's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: November 18, 2025

_____
RICHARD SEEBORG
Chief United States District Judge